THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

JEREMY BRYAN BARNEY AKA JEREMY BRYAN BARNEY RANDALL ENSLOW, AKA JEREMY BRYAN BARNEY RANDALL ENSLOW NURSE,

Plaintiff,

v.

UNITED STATES FEDERAL GOVERNMENT,

Defendant.

**MEMORANDUM DECISION & DISMISSAL ORDER**

Case No. 4:26-CV-67-AMA

District Judge Ann Marie McIff Allen

In this inmate civil action, on August 4, 2026, the Court ordered, "Plaintiff has thirty days in which to SHOW CAUSE why this case should not be dismissed for Plaintiff's failure to ensure payment of" his initial partial filing fee (IPFF) of $3.63. Dkt. No. 7. The IPFF has still not been paid, nor has Plaintiff been heard from since he filed this action on June 23, 2026.[1] Dkt. No. 1.

**IT IS THUS ORDERED** that--for Plaintiff's failure to follow the Court's orders and to prosecute this action--this action is **DISMISSED** without prejudice. *See* DUCivR 41-2.

DATED this 20th day of October 2026.

BY THE COURT:

ANN MARIE MCIFF ALLEN
United States District Judge

[1]The financial certificate received on June 25, 2026 was sent by Plaintiff's correctional institution, not Plaintiff himself. Dkt. No. 6.